# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

GARY LEE HICKS, )
 )
Petitioner, )
 )
v. ) Case No. CIV 04-380-RAW-KEW
 )
ERIC FRANKLIN, Warden, )
 )
Respondent. )

## OPINION AND ORDER

Petitioner appealed the denial of his petition for a writ of habeas corpus, and the Tenth Circuit Court of Appeals reversed and remanded with instructions to vacate the judgment of dismissal and to grant the writ allowing petitioner to withdraw his guilty plea. *Hicks v. Franklin*, ___ F.3d ___, No. 07-7084 (10th Cir. Nov. 17, 2008) [Docket #35]. Therefore, the court's judgment entered on September 24, 2007 [Docket #23] hereby is vacated, and the writ of habeas corpus is conditionally granted. The writ shall issue, unless petitioner is allowed to withdraw his guilty plea in Johnston County District Court Case Number CF-2002-52 within 120 days. The respondent is directed to advise the court of the status of petitioner's state court proceedings.

IT IS SO ORDERED this 12th day of December 2008.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE